No. 77–5912.  LaFontaine v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 77–5914.  Cloud v. United States.  C. A. 6th Cir. Certiorari denied.

No. 77–5917.  Dillard v. New York et al.  C. A. 2d Cir. Certiorari denied.

No. 77–5924.  Lemons v. United States.  C. A. 5th Cir. Certiorari denied.

No. 77–5925.  Jones v. United States.  C. A. 3d Cir. Certiorari denied.

No. 77–5929.  McBride v. United States.  C. A. 4th Cir. Certiorari denied.

No. 77–97.  Allied Chemical Corp. v. White et al. C. A. 5th Cir.  Certiorari denied.  Mr. Justice Blackmun would grant certiorari.

No. 77–665.  United States v. Pitcairn.  Ct. Cl.  Motions of Bell Helicopter Textron and Eltra Corp. for leave to file briefs as amici curiae granted.  Certiorari denied.  Mr. Justice White and Mr. Justice Blackmun would grant certiorari.

No. 77–823.  Weyerhaeuser Co. v. Shepler et al.  Sup. Ct. Ore.  Certiorari denied.  Mr. Justice White would grant certiorari.

No. 77–443.  Joseph Skilken & Co. et al. v. City of Toledo et al., ante, p. 985;

No. 77–554.  Globe Linings, Inc., et al. v. City of Corvallis et al., ante, p. 985;  .

No. 77–5553.  Brock v. Texas, ante, p. 1002; and

No. 77–5620.  Young v. Georgia, ante, p. 1002.  Petitions for rehearing denied.